UNITED STATES DISTRICT COURT
CONNECITCUT

ANDREW GAMBARDELLA

    Plaintiff,

V.                                            CIVIL ACTION NO

MIDLAND CREDIT MANAGEMENT, INC.

Defendant.                              SEPTEMBER 9, 2014

COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; and regulations issued thereunder; and the Connecticut Unfair Trade Practices ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court's jurisdiction is conferred by 15 U.S.C.1692k and 28 U.S.C. 1331 and 1367.

3. Plaintiff is a natural person who resides in East Haven, CT.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA and has a principal place of business located at 9975 Aero Drive, Suite 200, San Diego, CA 92123.

6. Defendant communicated with plaintiff by letter dated August 8, 2014 in connection with collection efforts with regard to plaintiff's disputed personal debt. *See Exhibit 1.*

7. In the collection efforts, the Defendant violated the FDCPA, § 1692e by making false, deceptive and misleading representations.

8. Plaintiff was a co-signor on a personal loan for his daughter-in law Francesca Nugent.

9. The loan was originally owed to HSBC Bank Nevada for $14,826.00.

10. Defendant purchased this account in default.

11. The primary borrow, Francesca Nugent defaulted on this loan on or about 2004. (10 years ago).

12. No partial payment has been made by Francesca Nugent or Plaintiff, Andrew Gambardella, in the past 6 years prior to the date of the August, 8, 2014 collection letter.

13. Plaintiff, Andrew Gambardella contacted the Defendant via telephone on August 2014, and asked Defendant, when the last payment was made on this account. Defendant through a collection agent advised the Plaintiff that a payment had been made, within the past 18 months. This statement was false, deceptive and misleading and in violation of §1692e, as no payment has been made on this account in over 6 years.

14. Defendant states in the August 8, 2014, collection letter, *"If we don't hear from you or receive payment by August 23, 2014, we may proceed with forwarding this account to an attorney."* See Exhibit 1.

15. In the collection efforts, the Defendant violated the FDCPA; inter alia, section 1692e, and f.

## SECOND COUNT

16. The allegations of the First Count are repeated and realleged as if fully set forth herein.

17. Within three years prior to the date of this action, Defendant has committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. 42-110a et seq, including but not limited to making false, deceptive and misleading statements in violation of §1692e.

WHEREFORE Plaintiff respectfully requests this Court to:

1. Award Plaintiff statutory damages pursuant to the FDCPA.
2. Award Plaintiff statutory damages pursuant to CUTPA
3. Award Plaintiff costs of suit and a reasonable attorney's fee.
4. Award such other and further relief as this Court may see fit.

THE PLAINTIFF
BY /S/ Bernard T. Kennedy
Bernard T. Kennedy, Esquire
157 Pine Orchard Road
Branford, CT 06405
(443) 607- 8901
(443) 440-6372 Fax
Fed. Bar # ct00680
bernardtkennedy@yahoo.com

 Midland Credit Management, Inc.
8875 Aero Drive
Suite 200
San Diego, CA 92123

08-08-2014

Andrew Gamberdella
364 Main St Unit 6
East Haven, CT 06512-2806



Home - 203-467-7129
cell 203-640-4748

| MCM Account Number | 8561076435 |
|---|---|
| Current Owner | MIDLAND FUNDING LLC |
| Original Creditor | HSBC Bank Nevada, N.A. |
| Current Balance | $14,826.00 |
| PAYMENT DUE DATE | 08-23-2014 |

Call (800) 939-2353

## PRE-LEGAL REMINDER

Dear Andrew,

Midland Credit Management, Inc. has made several attempts to contact you regarding this account. This letter is to remind you that we are considering forwarding this account to an attorney in your state for possible litigation. However, such forwarding will not occur until after the expiration of the time period described on the back of the letter. Upon receipt of this notice, please call (800) 939-2353 to discuss your options.

If we don't hear from you or receive payment by 08-23-2014, we may proceed with forwarding this account to an attorney.

What do you need to do to stop this process from continuing?

1) Mail in $750.00 and call to set up your remaining payments, or
2) Call us to see how to qualify for discounts and affordable payment plans.

LET US HELP YOU! If the account goes to an attorney, our flexible options may no longer be available to you. There still is an opportunity to make arrangements with us. We encourage you to call us: (800) 939-2353.

Sincerely,

Midland Credit Management, Inc.
(800) 939-2353

**BENEFITS OF PAYING**

This may be your last chance to work with us before the account goes to an attorney.

After receiving your final payment, we will consider the account paid.


PLAINTIFF'S EXHIBIT 11

CALL US TODAY!
(800) 939-2353

This account may still be reported on your credit report as unpaid.

*Federal law prohibits certain methods of debt collection, and requires that we treat you fairly. You can stop us from contacting you by writing a letter to us that tells us to stop the contact or that you refuse to pay the debt. Sending such a letter does not make the debt go away if you owe it. Once we receive your letter, we may not contact you again, except to let you know that there won't be any more contact or that we intend to take a specific action.*

*If you have a complaint about the way we are collecting this debt, please write us at 8875 Aero Drive Suite 200, San Diego, CA 92123, email us at customerservice@mcmcg.com, or call us toll-free at 1-800-825-8131 between*