UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANDREW GAMBARDELLA | : | |
| Plaintiff, | : | |
| V. | : | CIVIL ACTION NO. 3:14CV-1305(VAB) |
| | : | |
| MIDLAND CREDIT MANAGEMENT, INC. | : | |
| Defendant. | : | April 29, 2015 |

NOTICE OF DISSMISSAL

The parties, by and through their attorneys, hereby stipulate that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

        THE PLAINTIFF

        BY/S/Bernard T. Kennedy
        Bernard T. Kennedy, Esq.
        The Kennedy Law Firm
        1204 Main Street, # 176
        Branford, CT 06405
        bernardtkennedy@yahoo.com

        THE DEFENDANT

Wilson Elser Moskowitz Edelman & Dicker LLP

        By:/s/ Nicole R. Fernandes
          Nicole R. Fernandes (ct29311)
        *Attorneys for Defendant,*
        *Midland Credit Management, Inc.*
        1010 Washington Boulevard
        Stamford, Connecticut 06901
        Nicole.Fernandes@wilsonelser.com

462552v.1

## CERTIFICATION

I hereby certify that on 4/29/15 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy

462552v.1